**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 9, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00110-CV

---

## IN RE H.N.K. AND O.R., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-53573**

---

## MEMORANDUM OPINION

On February 22, 2022, relators H.N.K. and O.R. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Germaine Tanner, presiding judge of the 311th District Court of Harris County, to set aside her January 22, 2022 order denying the plea to the jurisdiction and motion to dismiss grandparents' petition to modify.

Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.